1  MARC T.G. DWORSKY (SBN 157413)
   Marc.Dworsky@mto.com
2  ROBERT L. DELL ANGELO (SBN 160409)
   Robert.DellAngelo@mto.com
3  PAUL J. KATZ (SBN 243932)
   Paul.Katz@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
6  Telephone:     (213) 683-9100
   Facsimile:     (213) 687-3702
7
   Attorneys for Defendants
8  WACHOVIA CORPORATION, WACHOVIA CAPITAL
   TRUST IV, WACHOVIA CAPITAL TRUST IX,
9  WACHOVIA CAPITAL TRUST X, WACHOVIA BANK,
   N.A., WACHOVIA CAPITAL MARKETS, LLC,
10 WACHOVIA SECURITIES, LLC, WELLS FARGO &
   COMPANY, AS SUCCESSOR-IN-INTEREST TO
11 WACHOVIA CORPORATION, WELLS FARGO
   SECURITIES, LLC, G. KENNEDY THOMPSON, MARK
12 C. TREANOR, THOMAS J. WURTZ, PETER M.
   CARLSON, ROSS E. JEFFRIES, JR., DAVID M. JULIAN,
13 DONALD K. TRUSLOW, JOHN D. BAKER II, ROBERT
   J. BROWN, PETER C. BROWNING, JOHN T. CASTEEN,
14 III, JEROME A. GITT, WILLIAM H. GOODWIN, JR.,
   MARYELLEN C. HERRINGER, ROBERT A. INGRAM,
15 DONALD M. JAMES, MACKEY J. McDONALD,
   JOSEPH NEUBAUER, TIMOTHY D. PROCTOR,
16 ERNEST S. RADY, VAN L. RICHEY, RUTH G. SHAW,
   LANTY L. SMITH, JOHN C. WHITAKER, JR., and
17 DONA DAVIS YOUNG (the "Wachovia Defendants")

18                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
19                        SAN FRANCISCO DIVISION

20

| | |
|---|---|
| 21  ORANGE COUNTY EMPLOYEES' RETIREMENT SYSTEM, LOUISIANA SHERIFFS' PENSION AND RELIEF FUND, GOVERNMENT OF GUAM RETIREMENT FUND and SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PETER M. CARLSON; ROSS E. JEFFRIES, JR.; DAVID M. JULIAN; G. KENNEDY | CASE NO.  CV 09-0999 (MMC)<br><br>**JOINT STIPULATION REQUESTING POSTPONEMENT OF JUNE 12, 2009 INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

| | |
|---|---|
| 1 | THOMPSON; MARK C. TREANOR; THOMAS J. WURTZ, DONALD K. |
| 2 | TRUSLOW; JOHN D. BAKER, II; ROBERT J. BROWN; PETER C. BROWNING; JOHN |
| 3 | T. CASTEEN, III; JEROME A. GITT; WILLIAM H. GOODWIN, JR.; MARY |
| 4 | ELLEN C. HERRINGER; ROBERT A. INGRAM; DONALD M. JAMES; MACKEY |
| 5 | J. MCDONALD; JOSEPH NEUBAUER; TIMOTHY D. PROCTOR; ERNEST S. |
| 6 | RADY; VAN L. RICHEY; RUTH G. SHAW; LANTY L. SMITH; JOHN C. WHITAKER; |
| 7 | JR.; DONA DAVIS YOUNG; WACHOVIA CORPORATION; WACHOVIA CAPITAL |
| 8 | MARKETS, LLC; WACHOVIA SECURITIES, LLC; WACHOVIA CAPITAL |
| 9 | TRUST IV; WACHOVIA CAPITAL TRUST IX; WACHOVIA CAPITAL TRUST X; |
| 10 | WACHOVIA BANK, N.A.; WELLS FARGO & COMPANY (AS SUCCESSOR-IN- |
| 11 | INTEREST TO WACHOVIA CORPORATION); ABN AMRO |
| 12 | INCORPORATED; A.G. EDWARDS & SONS, INC.; BANK OF AMERICA |
| 13 | CORPORATION; BANC OF AMERICA SECURITIES LLC; BARCLAYS CAPITAL |
| 14 | INC.; BB&T CAPITAL MARKETS; B.C. ZIEGLER AND COMPANY; BEAR, |
| 15 | STEARNS & CO., INC.; BNP PARIBAS SECURITIES CORP.; CABRERA CAPITAL |
| 16 | MARKETS, LLC; CASTLEOAK SECURITIES, L.P.; CHARLES SCHWAB & |
| 17 | CO.; C.L. KING & ASSOCIATES, INC.; CITIGROUP GLOBAL MARKETS, INC.; |
| 18 | COMERICA SECURITIES INC.; COUNTRYWIDE SECURITIES |
| 19 | CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC; D.A. DAVIDSON |
| 20 | & CO.; DAVENPORT & COMPANY LLC; DEUTSCHE BANK SECURITIES INC.; |
| 21 | E*TRADE SECURITIES LLC; FERRIS, BAKER WATTS, INCORPORATED; |
| 22 | FIDELITY CAPITAL MARKETS SERVICES; FIFTH THIRD SECURITIES, |
| 23 | INC.; FIXED INCOME SECURITIES, L.P.; FTN FINANCIAL SECURITIES CORP.; |
| 24 | GOLDMAN, SACHS & CO.; GREENWICH CAPITAL MARKETS, INC.; GUZMAN & |
| 25 | COMPANY; HOWE BARNES HOEFER & ARNETT, INC.; H&R BLOCK FINANCIAL |
| 26 | ADVISORS, INC.; HSBC SECURITIES (USA) INC.; JACKSON SECURITIES, LLC; |
| 27 | JANNEY MONTGOMERY SCOTT LLC; J.B. HANAUER & CO.; JEFFERIES & |
| 28 | COMPANY, INC.; J.J.B. HILLIARD, W.L. |

STIPULATION REQUESTING POSTPONMENT OF
JUNE 12, 2009 INITIAL CASE MANAGEMENT
CONFERENCE; CASE NO. CV 09-0999 (MMC)

| | |
|---|---|
| 1 | LYONS, INC.; J.P. MORGAN CHASE (AS SUCCESSOR-IN-INTEREST TO BEAR, |
| 2 | STEARNS & CO., INC.); J.P. MORGAN SECURITIES INC.; JVB FINANCIAL |
| 3 | GROUP, LLC; KEEFE, BRUYETTE & WOODS, INC.; KEYBANC CAPITAL |
| 4 | MARKETS; LOOP CAPITAL MARKETS, LLC; MERRILL LYNCH, PIERCE, FENNER |
| 5 | & SMITH INCORPORATED; MESIROW FINANCIAL INC.; MORGAN KEEGAN & |
| 6 | COMPANY, INC.; MORGAN STANLEY & CO., INCORPORATED; M.R. BEAL & |
| 7 | COMPANY; MURIEL SIEBERT & CO., INC.; NATCITY INVESTMENTS, INC.; |
| 8 | OPPENHEIMER & CO. INC.; PERSHING LLC; PIPER JAFFRAY & CO.; POPULAR |
| 9 | SECURITIES, INC.; RBC CAPITAL MARKETS CORPORATION; RBC DAIN |
| 10 | RAUSCHER INC.; SAMUEL A. RAMIREZ & COMPANY, INC.; RAYMOND JAMES & |
| 11 | ASSOCIATES, INC.; ROBERT W. BAIRD & CO.; ROSS, SINCLAIR & ASSOCIATES, |
| 12 | LLC; RYAN BECK & CO., INC.; SANDLER O'NEILL & PARTNERS, L.P.; STERNE, |
| 13 | AGEE & LEACH, INC.; STIFEL, NICOLAUS & COMPANY, |
| 14 | INCORPORATED (ON ITS OWN BEHALF AND AS A SUCCESSOR-IN-INTEREST TO |
| 15 | RYAN BECK & CO., INC.); SUNTRUST CAPITAL MARKETS, INC.; TD |
| 16 | AMERITRADE, INC.; TOUSSAINT CAPITAL PARTNERS, LLC; UBS |
| 17 | SECURITIES LLC; UTENDAHL CAPITAL PARTNERS, L.P.; WEDBUSH MORGAN |
| 18 | SECURITIES INC.; WELLS FARGO SECURITIES, LLC; WILLIAM BLAIR & |
| 19 | COMPANY L.L.C.; THE WILLIAMS CAPITAL GROUP, L.P.; and KPMG LLP, |
| 20 | |
| | Defendants. |
| 21 | |

24    This stipulation is made with reference to the following facts:

25    1.    On March 6, 2009, the above-referenced action was removed to this Court

26 from the Superior Court of the State of California, County of Alameda.

27    2.    That same day, this Court issued an order setting the Initial Case

28 Management Conference for June 12, 2009.

- 3 -

STIPULATION REQUESTING POSTPONMENT OF
JUNE 12, 2009 INITIAL CASE MANAGEMENT
CONFERENCE; CASE NO. CV 09-0999 (MMC)

3.     On March 10, 2009, Plaintiffs and certain Defendants filed a stipulation with this Court which provided that — in light of an anticipated motion to transfer the case to the Untied States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a) — Plaintiffs would have until sixty (60) days after the Court enters an order in respect to the anticipated motion to transfer in which to file a Consolidated and Amended Complaint and Defendants' time to answer, move, or otherwise respond to the Complaint would be extended through and including the sixtieth (60th) day after Plaintiffs serve their Consolidated and Amended Complaint.

4.     On March 20, 2009 the Court entered an order granting Plaintiffs leave to file a Consolidated and Amended Complaint within sixty (60) days after the Court enters an order in respect to the anticipated motion to transfer and extending the Defendants' time to answer, move, or otherwise respond to the Complaint through and including the sixtieth (60th) day after Plaintiffs serve their Consolidated and Amended Complaint.

5.     On March 26, 2009, counsel for the Wachovia Defendants filed on consent in *Miller v. Wachovia Corporation, et al.*, Case No. CV 09-0998 (RMW) (HRL), a motion to relate the above-referenced action and *Swiskay, et al. v. Wachovia Corporation, et al.*, Case No. CV 09-1000 (PJH) (collectively, the "Related Actions") (attached hereto as Exhibit A). The *Miller* court has yet to rule on the motion to relate.

6.     On May 12, 2009, in anticipation of the *Miller* court's granting the above-referenced motion to relate, counsel for the Wachovia Defendants filed on consent in the *Miller* action a motion to transfer the Related Actions to the United States District Court for the Southern District of New York (attached hereto as Exhibit B).

7.     The hearing for the above-referenced motion to transfer is currently scheduled for June 26, 2009.

8.     The parties in the Related Actions anticipate that the *Miller* court will grant the unopposed motion to relate and the unopposed motion to transfer the Related Actions to the Southern District of New York. These anticipated rulings would obviate the need for a case management conference before this Court.

IT IS THEREFORE STIPULATED BY THE PARTIES, by and through their undersigned counsel of record, as follows:

1. The Initial Case Management Conference, currently set for June 12, 2009, should be continued until after the court in *Miller v. Wachovia Corporation, et al.*, Case No. CV 09-0998 (RMW) (HRL), rules on the pending motion to relate and motion to transfer, to a date convenient for the Court.

DATED: June 10, 2009

MUNGER, TOLLES & OLSON LLP
   Marc T.G. Dworsky
   Robert L. Dell Angelo
   Paul J. Katz

By:               */s/ Paul J. Katz*
                  Paul J. Katz

*Attorneys for Defendants Wachovia Corporation, Wachovia Capital Trust IV, Wachovia Capital Trust IX, Wachovia Capital Trust X, Wachovia Bank, N.A., Wachovia Capital Markets, LLC, Wachovia Securities LLC, Wells Fargo & Company, as successor-in-interest to Wachovia Corporation, Wells Fargo Securities, LLC, G. Kennedy Thompson, Mark C. Treanor, Thomas J. Wurtz, Peter M. Carlson, Ross E. Jeffries, Jr., David M. Julian, Donald K. Truslow, John D. Baker II, Robert J. Brown, Peter C. Browning, John T. Casteen, III, Jerome A. Gitt, William H. Goodwin, Jr., Maryellen C. Herringer, Robert A. Ingram, Donald M. James, Mackey J. McDonald, Joseph Neubauer, Timothy D. Proctor, Ernest S. Rady, Van L. Richey, Ruth G. Shaw, Lanty L. Smith, John C. Whitaker, Jr., and Dona Davis Young*

| | | |
|---|---|---|
| 1 | DATED: June 10, 2009 | SIDLEY AUSTIN LLP |

By:_____/s/ Sara B. Brody_____
               Sara B. Brody

555 California Street
Suite 2000
San Francisco, California 94104

*Attorneys for Defendants* Citigroup *Global Markets, Inc., Credit Suisse Securities (USA) LLC, Goldman, Sachs & Co., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co., Incorporated, UBS Securities LLC, ABN AMRO Incorporated, Bank of America Corporation, Banc of America Securities LLC, B.C. Ziegler and Company, BB&T Capital Markets, Bear, Stearns & Co., Inc., BNP Paribas Securities Corp., Charles Schwab & Co., Inc., Comerica Securities, Inc., C.L. King & Associates, Inc., Countrywide Securities Corporation, D.A. Davidson & Co., Deutsche Bank Securities Inc., Ferris, Baker Watts, Incorporated, Greenwich Capital Markets, Inc., Guzman & Company, H&R Block Financial Advisors, Inc., HSBC Securities (USA) Inc., Janney Montgomery Scott LLC, J.B. Hanauer & Co., J.P. Morgan Securities Inc., Jefferies & Company, Inc., JVB Financial Group, LLC, Keybank Capital Markets, Loop Capital Markets, LLC, M.R. Beal & Company, Mesirow Financial Inc., Morgan Keegan & Company, Inc., NatCity Investments, Inc., Piper Jaffray & Co., Popular Securities, Inc., Robert W. Baird & Co., RBC Capital Markets Corporation, RBC Dain Rauscher Inc., Ross, Sinclair & Associates, LLC, Ryan Beck & Co., Inc., Samuel A. Ramirez & Company, Inc., Sandler O'Neill & Partners, L.P., Stifel, Nicolaus & Company, Incorporated, SunTrust Capital Markets, Inc., TD Ameritrade, Inc., Utendahl Capital Partners, L.P., Wedbush Morgan Securities Inc.*

| | | |
|---|---|---|
| 1 | DATED: June 10, 2009 | MCGUIREWOODS LLP |

By: _____/s/ Leslie M. Werlin_____
                Leslie M. Werlin

1800 Century Park East
8th Floor
Los Angeles, CA 90067

*Attorneys for Defendant KPMG, LLP*

DATED: June 10, 2009      BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: _____/s/ Timothy A. DeLange_____
                Timothy A. DeLange

12481 High Bluff Drive, Suite 300
San Diego, CA 92130

*Attorneys for Plaintiffs Orange County Employees' Retirement System, Louisiana Sheriffs' Pension and Relief Fund, Government of Guam Retirement Fund and Co-Lead Counsel for the Class*

BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP

   Nichole Browning
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598

*Attorneys for Plaintiff Southeastern Pennsylvania Transportation Authority and Co-Lead Counsel for Class*

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

58 South Service Road, Suite 200
Melville, NY 11747

*Attorneys for Plaintiff Miller and Co-Lead Counsel for the Class*

**Filer's Attestation:**

I, Paul J. Katz, am the ECF user whose identification and password are being used to file this **JOINT STIPULATION REQUESTING POSTPONEMENT OF JUNE 12, 2009 INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**. In compliance with General Order 45 X(B), I hereby attest that Susan B. Brody, Leslie M. Werlin and Timothy A. DeLange concur in this filing.

Date: June 10, 2009                              By: _____*/s/ Paul J. Katz*_____
                                                              Paul J. Katz

1  The Initial Case Management Conference, currently set for June 12, 2009, is hereby
2  continued ~~until after the court in *Miller v. Wachovia Corp.*, Case No. CV 09-0998 (RMW) (HRL)~~ to September 4, 2009.
3  ~~rules on the pending motion to relate and motion to transfer.~~
4  IT IS SO ORDERED.

6  DATED: June 10, 2009

   _____
   Hon. Maxine M. Chesney

- 9 -

STIPULATION REQUESTING POSTPONMENT OF
JUNE 12, 2009 INITIAL CASE MANAGEMENT
CONFERENCE; CASE NO. CV 09-0999 (MMC)